No. 87–703. VAN CAUWENBERGHE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 87–716. KULLE v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. 

No. 87–748. GRASTY ET AL. v. AMALGAMATED CLOTHING & TEXTILE WORKERS UNION ET AL. C. A. 3d Cir. Certiorari denied. 

No. 87–801. ROBINSON v. MONTGOMERY WARD & CO., INC. C. A. 4th Cir. Certiorari denied. 

No. 87–847. TALBOT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 87–864. CITY OF WOODVILLE, MISSISSIPPI, ET AL. v. MONROE ET AL. C. A. 5th Cir. Certiorari denied. 

No. 87–878. SCHATTNER, DBA SPORICIDIN CO. v. UNIDISCO, INC., ET AL. C. A. Fed. Cir. Certiorari denied. 

No. 87–897. J. E. BERNARD & CO. v. INGERSOLL MILLING MACHINE CO. ET AL. C. A. 2d Cir. Certiorari denied. ██

No. 87–898. SURVIVAL SYSTEMS DIVISION OF THE WHITTAKER CORP. ET AL. v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA (RODRIGUEZ, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied. 

No. 87–901. GHANDHI ET AL. v. FAYED ET AL. C. A. 6th Cir. Certiorari denied. 

No. 87–909. CHULA VISTA CITY SCHOOL DISTRICT ET AL. v. BENNETT, SECRETARY OF EDUCATION. C. A. Fed. Cir. Certiorari denied. 

No. 87–910. GREAT LAKES DREDGE & DOCK CO., INC. v. FURKA, ADMINISTRATRIX OF THE ESTATE OF FURKA. C. A. 4th Cir. Certiorari denied.